In the Matter of MOHAMED SAAD-EL-DIN et al., Individually and as Parents and Guardians of Student with a Disability R., an Infant, et al., Appellants, v DAVID M. STEINER, as Commissioner of Education, et al., Respondents.

Decided February 12, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Judge RIVERA taking no part.